IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHELIA LEE, | No. C 08-05740 CW |
|     Plaintiff, | <u>ORDER TAKING MOTIONS UNDER SUBMISSION</u> |
|   v. | |
| EDEN MEDICAL CENTER, | |
|     Defendant. | |

On April 8, 2009, Plaintiff filed a "Motion for Protective Order Opposing Subpoena of All of Drs." On April 14, 2009, Defendant filed a Motion to Enforce Document Subpoenas, and on April 17, 2009, Plaintiff filed "Plaintiff's Answer Indication of Errors Among the Documents from Defendant's Plead for a Vacation." The Court construes Defendant's motion as an opposition to Plaintiff's motion for protective order, and Plaintiff's answer as her reply. The Court deems the motions fully briefed and are hereby taken under submission.

IT IS SO ORDERED.

Dated: 4/28/09

                                          CLAUDIA WILKEN
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OPHELIA LEE,

        Plaintiff,

v.

EDEN MEDICAL CENTER et al,

        Defendant.

Case Number: CV08-05740 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ophelia Lee
11 Belden Place, #506
San Francisco, CA 94104

Dated: April 28, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk